## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          NO. 4:04CR00003 JLH
                                            NO. 4:07CR00056 WRW

DAVID CRUMPTON                                                                              DEFENDANT

### AMENDED ORDER

The Court conducted a hearing on this date, to address the pending motion and supplemental motion to revoke supervised release filed by the government in each of the above referenced matters. Assistant United States Attorney John Ray White was present for the government. The defendant appeared in person with his attorney, First Assistant Federal Public Defender Jerome Kearney. U.S. Probation Officer Paul Washington was also present. Following witness testimony and argument by counsel, as well as defendant's admissions, the Court found that the violations had occurred. However, for the reasons stated on the record, the Court denied the motions to revoke, but modified the conditions of supervised release. Docket #30 and #35 in Case No. 4:04CR00003 JLH; and Docket #20 and #24 in Case No. 4:07CR00056 WRW.

IT IS THEREFORE ORDERED that defendant David Crumpton's conditions of supervised release are hereby modified to include the following:

- placement and successful completion of a residential substance abuse treatment program under the guidance and supervision of the U.S. Probation Office, which may also include testing, and outpatient counseling.

- the defendant must abstain from the use of alcohol throughout the term of supervised release.

- the defendant must participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 18th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE